UNITED STATES DISTRICT COURT

                                 FOR THE EASTERN DISTRICT OF CALIFORNIA


ANTHONY DEWAYNE LEE TURNER,              No.  2:19-cv-0435 TLN KJN P

                   Plaintiff,

         v.                              ORDER

UNITED STATES DEPARTMENT, et al.,

                   Defendants.


         Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.
Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

         Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  August 27, 2019

                                         _____
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

/turn0435.59